HANOVER NAT. BANK OF CITY OF NEW YORK v. SUDDATH. (Circuit
Court of Appeals, Second Circuit. April 30, 1907.) No. 264. In Error to
the Circuit Court of the United States for the Southern District of New York.
A judgment for $3,802.29 was entered in the Circuit Court for the Southern
District of New York, upon a verdict directed by the court in favor of de-

fendant in error, who was plaintiff below. Percy S. Dudley, for plaintiff in error.. Edward B. Whitney, for defendant in error. Before WALLACE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. This action was before us upon a previous writ of error. Van Zandt v. Hanover Nat. Bank (C. C. A.) 149 Fed. 127. The present record, mutatis mutandis, is identical with that on the former review. The only differences relate to immaterial changes occasioned by the lapse of time. The facts are the same, and no reason has been advanced which induces us to change our view of the law. The judgment is affirmed.